UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 06-14021-CIV-MARTINEZ-LYNCH

PREMIER PAINT & DRYWALL, INC.,

    Plaintiff,

vs.

THE DOUGLAS COMPANY and TRAVELERS
CASUALTY & SURETY,

    Defendants.
_____/

THE DOUGLAS COMPANY,

    Cross-Claimant,

vs.

INTERNATIONAL FIDELITY INSURANCE
COMPANY,

    Cross-Claim Defendant.
_____/

### ORDER RESETTING CALENDAR CALL AND TRIAL DATE

THIS CAUSE comes before the Court upon *sua sponte* review of the record. There are three pending motions for summary judgment in this case and the Court finds that it is necessary to reset the calendar call and trial date in order that this Court may give these motions appropriate consideration. *See* (D.E. No. 55, 56, 62). Therefore, it is hereby:

**ORDERED AND ADJUDGED** that

    1.    The previous calendar call and trial dates are hereby **CANCELLED.**

    2.    Trial is rescheduled to commence during the two-week period of **Tuesday, February 20, 2007** with calendar call commencing on **Thursday, February 15, 2007 at 1:45**

**p.m.**  The Court notes that parties shall appear telephonically at calendar call.  Counsel shall call the court one day prior to the hearing at (305) 523-5595 for the teleconference phone number.

       3.       The parties may have until **February 2, 2007** to file their Joint Pretrial Stipulation and until **February 9, 2007** to file their joint proposed jury instructions.  The parties may have until **February 16, 2007** to filed their deposition designations.  All other pretrial deadlines have passed and are not restarted by this Order.  *See* (D.E. Nos. 20, 39).  The Court also notes that the substantive provisions of this Court's Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge still remain in full force and effect.  *See* (D.E. No. 20).

       DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of October, 2006.

                                                    JOSE E. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record